EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP
James J. Tamulski (SBN 64880)
Talcott N. Bates (SBN 245374)
49 Stevenson Street, Suite 400
San Francisco, CA  94105
(415) 227-9455/FAX 227-4255
E-Mail:	jtamulski@edptlaw.com
	tbates@edptlaw.com

Attorneys for Defendant and Third-Party Plaintiff,
WAN HAI LINES (SINGAPORE) PTE LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>WAN HAI LINES (SINGAPORE) PTE LTD. and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.:  C10-02261 CRB<br><br>**STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| WAN HAI LINES (SINGAPORE) PTE LTD.,<br><br>　　　　　Third-Party Plaintiff,<br><br>　vs.<br><br>TOTAL TERMINALS, INC.; PACIFIC COAST CONTAINERS and ROES 1 through 10, inclusive,<br><br>　　　　　Third-Party Defendants. | |

　　　　WHEREAS Wan Hai Lines filed a Third Party Complaint against Total Terminals, Inc. and Pacific Coast Containers on September 3, 2010;

　　　　WHEREAS Third Party Defendants Total Terminals, Inc. and Pacific Coast Containers have not yet appeared in the case;

　　　　WHEREAS Wan Hai Lines is in settlement discussions with Third Party Defendants Total Terminals, Inc. and Pacific Coast Containers and if the matter is not soon resolved, Third

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 1 -

STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C10-02261 CRB

Party Plaintiff Wan Hai will demand that they appear;

WHEREAS the parties agree that the Case Management Conference should be continued so as to allow more time for Third Party Plaintiff Wan Hai and Third Party Defendants Total Terminals, Inc. and Pacific Coast Containers to settle the case without forcing Third Party Defendants to appear,

IT IS HEREBY STIPULATED and agreed that the Further Case Management Conference be continued from December 10, 2010, to January 14, 2011, at 8:30 a.m.

DATED:  November 30, 2010     EMARD DANOFF PORT TAMULSKI & PAETZOLD LLP

By   /s/ Talcott N. Bates
Talcott N. Bates
Attorneys for Defendant and Third-Party Plaintiff WAN HAI LINES (SINGAPORE) PTE LTD.

DATED:  November 30, 2010     ROBERTS & KEHAGIARAS LLP

By   /s/ Andrew D. Kehagiaras
Andrew D. Kehagiaras
Attorneys for Plaintiff
AMERICAN HOME ASSURANCE COMPANY

**CERTIFICATE OF SIGNATURE**

I, Talcott N. Bates, attest that the content of this document is acceptable to Andrew D. Kehagiaras and that he authorized me to sign the document on his behalf.

By   /s/ Talcott N. Bates
Talcott N. Bates

EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA  94105

- 2 -

STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C10-02261 CRB

**ORDER**

Good cause appearing therefore, IT IS HEREBY ORDERED THAT:

The Further Case Management Conference be continued from December 10, 2010, to January 14, 2011, at 8:30 a.m.

DATED:  November 30, 2010         By _____
                                      The Honorable Charles R. Breyer



EMARD DANOFF PORT
TAMULSKI & PAETZOLD LLP
49 Stevenson Street
Suite 400
San Francisco, CA 94105

- 3 -

STIPULATION AND PROPOSED ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C10-02261 CRB