**ROBERTS & KEHAGIARAS LLP**
ANDREW D. KEHAGIARAS, ESQ. (State Bar No. 207767)
adk@tradeandcargo.com
GEORGE P. HASSAPIS, ESQ. (State Bar No. 147072)
gph@tradeandcargo.com
One World Trade Center
Long Beach, CA  90831
Telephone: (310) 642-9800
Facsimile: (310) 868-2923

Attorneys for plaintiff
AMERICAN HOME ASSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN HOME ASSURANCE COMPANY, <br><br> Plaintiff, <br><br> vs. <br><br> WAN HAI LINES (SINGAPORE) PTE LTD. and Does 1 through 10, inclusive, <br><br> Defendants. <br> ─────────────────────────── <br> AND RELATED CROSS-ACTIONS. | **Case No. 10-cv-02261-CRB** <br><br> <u>IN ADMIRALTY</u> <br><br> [~~PROPOSED~~] **ORDER ON STIPULATION TO DISMISS ACTION** <br><br> [Fed. R. Civ. P. 41(a)(1)(A)(ii)] |

The Court, having reviewed and considered the stipulation of plaintiff American Home Assurance Company, defendant and third-party plaintiff Wan Hai Lines (Singapore) Pte Ltd., third-party defendant, cross-claimant, and cross-defendant Pacific Coast Container, Inc., and third-party defendant, cross-claimant, and cross-defendant Total Terminals International, LLC, and further to the parties' settlement agreement and under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court hereby dismisses with prejudice the entire action and all claims for relief.  Each party shall bear its own costs and attorneys' fees.

IT IS SO ORDERED.

Dated: _____June 7_____, 2011     _____

The Honorable Charles R. Breyer
United States District Judge

Z:\American Home\Wan Hai\Stipulation to Dismiss-proposed order.docx

1

[PROPOSED] ORDER